# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO DOPICO PEREIRA,<br>Petitioners,<br>v.<br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br>Respondent. | Case No. 1:26-cv-05643-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO INFORM COURT OF PETITIONER'S CUSTODY STATUS AND FILE SUPPLEMENTAL BRIEF |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 20, 2026, Petitioner filed a petition challenging his detention. (ECF No. 1.) On August 13, 2026, Respondents filed a response, stating that Petitioner is subject to an administratively final order of removal, "his continued detention is lawful under 8 U.S.C. § 1231(a)(1)(C) and constitutional under *Zadvydas v. Davis*, 533 U.S. 678 (2001)," and "the government still intends to remove him to Mexico, upon Petitioner's cooperation." (ECF No. 6 at 1, 3.)

On August 14, 2026, the Court ordered that "[p]ending the Court's decision in this matter, and unless and until the Court orders otherwise, the Court ORDERS that respondents shall not transfer petitioner out of this District." (ECF No. 7.) On August 21, 2026, the Court ordered Respondents to file a supplemental brief within fourteen days. (ECF No. 8.) To date, more than a week after the deadline, no supplemental brief has been filed.

Additionally, a search of the U.S. Immigration and Customs Enforcement ("ICE") Online Detainee Locator System using Petitioner's A-number returns with zero results.[1] See ICE Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited Sept. 15, 2026). It appears that Petitioner may not be in ICE custody.

Accordingly, IT IS HEREBY ORDERED that on or before September 18, 2026, Respondent SHALL:

1. File a supplemental brief as previously ordered by the Court on August 21, 2026; and
2. Inform the Court of Petitioner's current custody status and file any supporting documentation.

IT IS SO ORDERED.

Dated: **September 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] Both the A-number provided by Petitioner and the corrected A-number provided by Respondent return with zero results.